UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FIRST FRANKLIN FINANCIAL CORPORATION,

                    Plaintiff,                      **ORDER**
                                                                  CV 07-3642 (JFB)(ARL)

    -against-

FIRST FIDELITY MORTGAGE GROUP, LTD.,

                    Defendant.
-------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      This matter has been referred to the undersigned by District Judge Bianco for the purpose of issuing a report and recommendation with respect to the entry damages. The plaintiff is directed to serve and file papers in support of its damages claim by **December 12, 2008**. Those papers shall include a memorandum of law and an affidavit from a person with knowledge of the relevant facts. The defendant may submit papers opposing the damages claims by **January 6, 2009**.

      Counsel for the plaintiff shall serve a copy of this order on the defendant by certified mail, return receipt requested. It shall also serve a copy of its damages papers on the defendant by certified mail, return receipt requested, and shall file, along with its supporting papers, proof of service of: 1) its supporting papers and 2) this order. The defendant shall serve its opposition papers on counsel for plaintiff and shall file opposition papers with proof of service with the court.

Dated: Central Islip, New York                SO ORDERED:
       November 14, 2008

                                                    _____/s/_____
                                                    ARLENE ROSARIO LINDSAY
                                                    United States Magistrate Judge